# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2787
_____

Y.L., Mother of E.D.J., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Denise R. Ferrero, Judge.

November 13, 2024

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————

Y.L., pro se, Appellant.

Andrew Feigenbaum, Children's Legal Services, West Palm Beach, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Tallahassee, for Statewide Guardian ad Litem Office, for Statewide Guardian ad Litem.